**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6388**

_____

B.J.P.,

        Plaintiff - Appellant,

     v.

THE SOUTH CAROLINA DEPT. OF CORRECTIONS, (SCDC), By and Through Its Acting Director, Joel Anderson; SCDC ACTING DIRECTOR JOEL ANDERSON, in his Individual and Official Capacities; SCDC ACTING ASSISTANT DEP. DIR. JOSEPH STINES, in his Individual and Official Capacities; SCDC ACTING DEPUTY DIR. DENNIS PATTERSON, in his Individual and Official Capacities; WARDEN LEVERN COHEN, Ridgeland Correctional Institution, in his Official and Personal Capacities; ASSOC. WARDEN CONSONYA WASHINGTON, Ridgeland Correctional Institution, in her Official and Personal Capacities; ASSOC. WARDEN AUBRAY BAILEY, Ridgeland Correctional Institution, in his Official and Personal Capacities; MAJOR JOHN WIGGINS, Ridgeland Correctional Institution, in his Official and Personal Capacities,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Richard Mark Gergel, District Judge.  (1:22-cv-02840-RMG)

_____

Submitted:  October 30, 2025                    Decided:  November 3, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

B.J.P., Appellant Pro Se.  William Henry Davidson, II, DAVIDSON & WREN, PA, Columbia, South Carolina; Charles Wesley Harkness, HOLDER PADGETT LITTLEJOHN & PRICKETT, LLC, Columbia, South Carolina; Janet Brooks Holmes, MCKAY FIRM, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

B.J.P. appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice B.J.P.'s 42 U.S.C. § 1983 action for failure to exhaust administrative remedies.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *B.J.P. v. S.C. Dep't of Corrs.*, No. 1:22-cv-02840-RMG (D.S.C. Mar. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*